IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CARL PHILIP LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. CV420-258 |
| | ) |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION; NATIONSTAR MORTGAGE LLC d/b/a Mr. Cooper; DOES 1-5; | ) |
| | ) |
| Defendants. | ) |

O R D E R

Before the Court is the Magistrate Judge's August 10, 2021, Report and Recommendation (Doc. 10), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Plaintiff's complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 31ST day of August 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA